# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED MAY 0 8 2006**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America )
vs. ) Case No. 05-00315 OWW
MICHAEL JAMES MCALISTER )
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Michael James McAlister__, have discussed with __Kimberly M. Dalton__, Supervisory Pretrial Officer, modifications of my release conditions as follows:

<u>Vacate the following condition:</u>  You shall undergo medical or psychiatric treatment and/or remain in an institution as follows: Including treatment for drug/alcohol dependency, and pay for costs as approved by the Pretrial Services Officer.

All other previously ordered conditions of release remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_ 5/4/06              _[signature]_ 5/4/06
Signature of Defendant   Date     Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_Karen Escobar_                    5/8/06
Signature of Assistant United States Attorney      Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                      5/8/06
Signature of Defense Counsel       Date

## ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on __May 8, 2006__.
[ ] The above modification of conditions of release is *not* ordered.

_[signature] SM SNYDER_            5/8/06
Signature of Judicial Officer      Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services