PHILLIP H. CHERNEY
Attorney at Law (76053)
214 South Johnson Street
Visalia, California 93291
Telephone: (559) 732-6852
Attorney for Petitioner,
*Michael James McAlister.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>MICHAEL JAMES McALISTER, et al.,<br>Defendants. | CR-F-05-0315 OWW<br><br>**DEFENDANT'S APPLICATION FOR EXONERATION OF PROPERTY BOND AND RECONVEYANCE OF REAL PROPERTY**.<br><br>Hon. Oliver W. Wanger, Judge |

Defendant, *Michael James McAlister,* by and through his counsel of record, Phillip H. Cherney, hereby requests an order exonerating the property bond and for reconveyance of real property in this action.

On September 29, 2005, this Court ordered Michael McAlister released from custody on a $150,000 property bond. Real property owned by Ramon and Janice Z. Rios was posted as collateral, and a promissory note in that amount and certified copy of the deed of trust was received by the Court for property recorded September 10, 2003, in Book 20030910, Page 575 (Tax Parcel 117-1070-029), Sacramento County, California. (Dkt. 44.)

On August 21, 2006, this Court sentenced Michael McAlister to the custody of the United States Bureau of Prisons for a total of 12 months and 1 day, commencing on October 5, 2006, on Count 1 of the Superseding Indictment. All other relevant counts as to Mr. McAlister were dismissed by the government.

Since Mr. McAlister has been sentenced, he surrendered himself to the custody of the

United States Bureau of Prisons on October 5, 2006, it is respectfully requested that the property bond in this matter be exonerated, and that the property posted as collateral for the bond be reconveyed to Ramon and Janice C. Rios immediately thereafter.

                                                Respectfully submitted,

Dated: October 25, 2006                                     /s/ Phillip H. Cherney
                                                           Phillip H. Cherney
                                                           Attorney for Defendant,
                                                           *Michael James McAlister*.

# **O R D E R**

    IT IS HEREBY ORDERED that the property bond in the above-captioned case be exonerated as Michael McAlister has surrendered himself to the United States Bureau of Prisons, October 5, 2006, and title to the property be reconveyed immediately to Ramon Rios and Janice Z. Rios.

IT IS SO ORDERED.

**Dated:   October 27, 2006**                               **/s/ Oliver W. Wanger**
emm0d6                                                           UNITED STATES DISTRICT JUDGE