1  PHILLIP H. CHERNEY
   Attorney at Law (76053)
2  214 South Johnson Street
   Visalia, California 93291
3  Telephone: (559) 732-6852
   Attorney for Petitioner,
4  *Michael James McAlister.*

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9

10 | UNITED STATES OF AMERICA,      )   CR-F-05-0315 OWW
   | Plaintiff,                     )
11 |                                )   **DEFENDANT'S APPLICATION**
   | v.                             )   **FOR EXONERATION OF**
12 |                                )   **PROPERTY BOND AND**
   |                                )   **RECONVEYANCE OF**
13 |                                )   **REAL PROPERTY**.
   | MICHAEL JAMES McALISTER, et al.,)
14 |         Defendants.            )   Hon. Oliver W. Wanger, Judge
   | _____)

15

16   Defendant, *Michael James McAlister,* by and through his counsel of record, Phillip H.

17 Cherney, hereby requests an order exonerating the property bond and for reconveyance of real

18 property in this action.

19   On September 29, 2005, this Court ordered Michael McAlister released from custody on

20 a $150,000 property bond. Real property owned by Ramon and Janice Z. Rios was posted as

21 collateral, and a promissory note in that amount and certified copy of the deed of trust was

22 received by the Court for property recorded September 27, 2005, in Book 20050927, Page 373,

23 Sacramento County, California. 4.)

24   On August 21, 2006, this Court sentenced Michael McAlister to the custody of the United

25 States Bureau of Prisons for a total of 12 months and 1 day, commencing on October 5, 2006, on

26 Count 1 of the Superseding Indictment. All other relevant counts as to Mr. McAlister were

27 dismissed by the government.

28

| | |
|---|---|
| 1 | Since Mr. McAlister has been sentenced, he surrendered himself to the custody of the |
| 2 | United States Bureau of Prisons on October 5, 2006, it is respectfully requested that the property |
| 3 | bond in this matter be exonerated, and that the property posted as collateral for the bond be |
| 4 | reconveyed to Ramon and Janice C. Rios immediately thereafter. |

Respectfully submitted,

Dated: October 31, 2006 /s/ Phillip H. Cherney

Phillip H. Cherney

Attorney for Defendant,

*Michael James McAlister*.

**O R D E R**

IT IS HEREBY ORDERED that the property bond in the above-captioned case be exonerated as Michael McAlister has surrendered himself to the United States Bureau of Prisons, October 5, 2006, and title to the property be reconveyed immediately to Ramon Rios and Janice Z. Rios.

DATED: _10/31/06 /s/ Oliver W. Wanger

OLIVER W. WANGER

United States District Court Judge