PROB 35            **ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:05CR00315-09 OWW** |
| ) | |
| **MICHAEL JAMES McALISTER** ) | |
| ) | |

On August 21, 2006, the above-named was sentenced to a term of supervised release for a period of 3 years, which commenced on July 19, 2007. He has complied with the rules and regulations of supervision. On January 13, 2009, Assistant United States Attorney Karen A. Escobar submitted written documentation to the United States Probation Office advising that there is no objection to an early termination in this case. It is accordingly recommended that the offender be discharged from supervision.

                                             Respectfully submitted,

                                             /s/ Brian J. Bedrosian

                                             **BRIAN J. BEDROSIAN**
                                             **United States Probation Officer**

Dated:         January 15, 2009
                 Fresno, California
                 BB

**REVIEWED BY:**     /s/ Hubert J. Alvarez
                          **HUBERT J. ALVAREZ**
                          **Supervising United States Probation Officer**

Re: **MICHAEL JAMES McALISTER**
 **Docket Number: 1:05CR00315-09 OWW**
 **ORDER TERMINATING SUPERVISED RELEASE**
 **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the offender be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated: **February 2, 2009**          /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE